IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI

SOUTHERN DISTRICT OF MISSISSIPPI
**FILED**

MAY 1 2 2008

J. T. NOBLIN, CLERK

BY_____ DEPUTY

JOSEPH T. KOSTICK                                                    PLAINTIFF

V.                                          CIVIL ACTION NO.:  4:07cv106-TSL-LRA

MARY MCCLENDON, et al.                                              DEFENDANTS

### AGREED ORDER OF DISMISSAL

The parties, and each of them, have agreed to dismiss all claims herein with prejudice.

IT IS HEREBY ORDERED AND ADJUDGED that this matter be dismissed as to all

claims and all parties, each party to bear their own cost and fees.

SO ORDERED this the _5_ day of _May_____ 2008.

_____

SO AGREED:

_____
Joseph T. Kostick
Plaintiff

Sworn to and subscribed to me this the _5_ day of May, 2008.

_____
NOTARY PUBLIC

My Commission Expires:

_____



STATE OF MISSISSIPPI
SHERRY ANN TUCKER
NOTARY PUBLIC
ID# 72746
Commission Expires
March 23, 2012
CLARKE COUNTY

FOR THE DEFENDANTS, and each of them

BY: _____
MICHAEL J. WOLF - BAR NO. 99406
PAGE, KRUGER & HOLLAND, P.A.
P.O. Box 1163
Jackson, Mississippi 39215-1163
(601) 420-0333